Scott D. Tenley (Cal. Bar No. 298911)
scott@tenleylaw.com
**TENLEY LAW, P.C.**
2601 Main Street, Suite 850
Irvine, California 92614
Telephone: (949) 749-2300
Facsimile: (949) 520-6727

Attorneys for Defendant
CHRISTIAN DAMIAN CERNA CAMACHO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00505-CV |
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION FOR ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| CHRISTIAN DAMIAN CERNA CAMACO, | |
| Defendant. | |

   Defendant Christian Damian Cerna Camacho, by and through his counsel of record, Scott D. Tenley, hereby applies *ex parte* for an order modifying the conditions of his release to extend by 9 days the deadline for him to clear outstanding DMV/Traffic violations and provide proof to Pretrial Services. Pretrial Services does not oppose this application. The government does not oppose this application.

   This *ex parte* application is based on the attached declaration of Scott D. Tenley, the declaration of Jordan Cerna, the files and records of the case, and such further

//
//

i

*Ex Parte* Application to Modify Conditions of Release

1 | evidence and argument as the Court may require.
2 |           Respectfully Submitted,
3 | Dated: July 8, 2024    **TENLEY LAW, P.C.**
4 |
5 |           _____
6 |           SCOTT D. TENLEY
7 |
8 |           Attorneys for Defendant
           CHRISTIAN DAMIAN CERNA CAMACHO

**DECLARATION OF SCOTT D. TENLEY**

I, Scott D. Tenley, declare as follows:

1. I am an attorney licensed to practice law in the State of California and counsel of record to defendant Christian Damian Cerna Camacho in *United States v. Cerna Camacho*, No. 2:25-cr-00505-CV. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. On June 12, 2025, Mr. Cerna made his initial appearance before the Honorable Autumn D. Spaeth, United States Magistrate Judge, on a criminal complaint charging him with assault on a federal officer, in violation of 18 U.S.C. § 111. Mr. Cerna was ordered detained pending trial. (Dkt. No. 8.)

3. On June 18, 2025, the duty district judge, the Honorable Fred W. Slaughter, ordered Mr. Cerna released on conditions, including home confinement with electronic monitoring. (Dkt. No. 20.) The bond also required Mr. Cerna to clear outstanding warrants and DMV and traffic violations and provide proof to Pretrial Services within 21 days. (*Id.*)

4. As of July 7, 2025, Mr. Cerna has cleared his outstanding DMV issue in Nevada and provided to Pretrial Services the documentation he received confirming that clearance.

5. On July 8, 2025, I spoke by telephone with Pretrial Services Officer Daniel Casas-Mora, the officer assigned to supervise Mr. Cerna. Officer Casas-Mora informed me that he received and reviewed the documentation provided by Mr. Cerna and it appeared in order. However, he was not able to formally confirm the DMV matters had been cleared through a search of the database(s) to which he has access. He said those databases may take several days to update with the most recent information. During the conversation, Officer Casas-Mora and I agreed that the best course of action would be to seek an extension of the 21-day deadline so he (Officer

1 | Casas-Mora) had sufficient time to confirm that Mr. Cerna's DMV matter was
2 | resolved.
3 |       6.    On June 8, 2025, I advised the Assistant United States Attorney assigned
4 | to this case, Mikaela Gilbert-Lurie, of this application and the basis for it. Ms. Gilbert-
5 | Lurie advised me that she has no objection to the proposed modification.
6 |       I declare under penalty of perjury under the laws of the United States of America
7 | that the foregoing is true and correct.
8 |       Executed this 8th day of July, 2025, at Irvine, California.

                                              /s/ Scott D. Tenley
                                              SCOTT D. TENLEY