FILED
CLERK, U.S. DISTRICT COURT
7/23/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| UNITED STATES OF AMERICA, | 2:25-CR-505(A)-CV |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| v. | |
| CHRISTIAN DAMIAN CERNA CAMACHO, | [18 U.S.C. § 111(a)(1): Assault on Federal Officer] |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), 2(a)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant CHRISTIAN DAMIAN CERNA CAMACHO, and others known and unknown to the Grand Jury, each aiding and abetting the others, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim E.M., an employee of the United States Border Patrol, and in doing so made

//

//

physical contact with E.M., while E.M. was engaged in, and on account of, the performance of E.M.'s official duties.

                                        A TRUE BILL

                                        /S/
                                        Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

JOSHUA J. LEE
Assistant United States Attorney
General Crimes Section