ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-CR-00505-CV |
| v. | |
| CHRISTIAN DAMIAN CERNA CAMACHO, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

GOVERNMENT'S IN CAMERA SUBMISSION OF GRAND JURY MATERIALS IN RESPONSE TO COURT ORDER (DKT. 61)

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated:   11/3/2025 (Dkt. 61)
☐ Other:

November 10, 2025                    /s/ Andrew M. Roach
Date                                  Attorney Name
                                      United States of America
                                      Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**