Scott D. Tenley (Cal. Bar No. 298911)
*scott@tenleylaw.com*
**TENLEY LAW, P.C.**
2601 Main Street, Suite 850
Irvine, California 92614
Telephone: (949) 749-2300
Facsimile: (949) 520-6727

Attorneys for Defendant
CHRISTIAN CERNA CAMACHO

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN CERNA CAMACHO,<br><br>Defendant. | No. 2:25-cr-00505-CV<br><br>**SENTENCING LETTER ON BEHALF OF CHRISTIAN CERNA CAMACHO**<br><br>Sentencing Date: March 25, 2026<br>Hearing Time: 3:00 p.m.<br>Location: Courtroom 10B |

To Honorable Judge,

I am writing this letter in strong support of Mr. Christian Cerna, a devoted husband, father, and valued member of his community. I respectfully ask that you take into consideration not only the circumstances of his current situation, but also the character, integrity, and humanity he has consistently demonstrated in his daily life.

I have had the privilege of knowing Christian and his family through my close friendship with his wife, Abigail Chavez, since our high school years. Over time, I have witnessed firsthand the kind of man Christian is. He is a deeply committed family man who prioritizes the well-being of his wife and children above all else. He provides not only financially, but emotionally and physically, ensuring that his family feels safe, supported, and loved every single day.

Christian's presence in his children's lives is undeniable. He is actively involved, nurturing, and sets a powerful example of responsibility, kindness, and dedication. The bond within their family is strong, genuine, and built on love and mutual respect. It is clear to anyone who knows them that Christian is the foundation that helps keep that family stable and thriving.

The recent incident that led to his detention  has been deeply distressing, especially considering that his wife and children were present during such a frightening moment. While I am grateful they are physically unharmed, the emotional toll of this experience on the family cannot be understated. Removing Christian from his family during this time only adds to that hardship.

Christian is a man who believes in doing what is right. He respects the law, contributes positively to those around him, and strives to create a better future for his family. His character reflects the values we hope to see in any member of our society, hard work, compassion, accountability, and love.

I humbly ask that you consider allowing Christian the opportunity to be home with his family. His presence is essential not only to their emotional stability but also to their overall well-being. Granting him his freedom would allow this family to begin healing and continue building their lives together in peace.

Thank you for your time, consideration, and commitment to justice.

Respectfully,
Lourdes Hernandez- Reyes